IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHEYENNE TAYLOR, individually
and as Administratrix of the
Estate of Mariana Phillips,
deceased and JOSEPH PHILLIPS,

    Plaintiffs,

v.                               Civil Action No. 5:07CV171
                                      (STAMP)
LIBERTY INSURANCE UNDERWRITERS,
INC. (The Liberty Mutual Group),

    Defendants.

## **ORDER CONTINUING TRIAL**

On February 5, 2008, this Court entered a scheduling order in the above-styled civil action and set this matter for trial to begin on February 10, 2009. On February 8, 2008, counsel for plaintiff Cheyenne Taylor filed a motion for continuance of trial because of a scheduling conflict. In his motion, counsel for Cheyenne Taylor informs this Court that neither plaintiff Phillips nor the defendant objects to a continuance. Accordingly, it is ORDERED that the trial in the above-styled civil action be CONTINUED until **February 24, 2009 at 8:30 a.m.** at the Wheeling point of holding court. This case is presently the _first_ case on the trial docket for that week.

All other deadlines set forth in this Court's February 5, 2008 scheduling order shall remain unchanged.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   February 12, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE