IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


CHEYENNE TAYLOR, individually
and as Administratrix of the
Estate of Mariana Phillips,
deceased and JOSEPH PHILLIPS,

      Plaintiff,

v.                                      Civil Action No. 5:07CV171
                                                         (STAMP)
LIBERTY INSURANCE UNDERWRITERS,
INC. (The Liberty Mutual Group),

      Defendant.


<u>**ORDER RESCHEDULING TRIAL**</u>

    For reasons appearing to this Court, the trial of this civil action is RESCHEDULED as follows:

    <u>Trial</u>: Trial in this action shall be held on **March 3, 2009 at 8:30 a.m.** at Wheeling, West Virginia. Trial will commence upon the completion of jury selection in any other case scheduled for this date. This case is presently the <u>first</u> case on the trial docket for that week.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

    DATED:    March 6, 2008


                  /s/ Frederick P. Stamp, Jr.
                  FREDERICK P. STAMP, JR.
                  UNITED STATES DISTRICT JUDGE